UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHUREN QIN<br><br>Defendant. | FILED UNDER SEAL<br><br>CRIMINAL NO. 18-MJ-2293-MBB |

## GOVERNMENT'S MOTION TO SEAL

The United States respectfully moves this Court to seal this case until the defendant is arrested. The United States further moves this Court to unseal this case automatically after the arrest warrant has been executed and the defendant has been taken into custody.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

ALLOWED
DJC, USMJ
6/21/2018

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ B. Stephanie Siegmann
B. STEPHANIE SIEGMANN
Assistant United States Attorney

Dated: June 21, 2018