%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**       **Category No.**  II       **Investigating Agency**  HSI, DOC, DCIS, FBI

City  Wellesley and Elsewhere        **Related Case Information:**

County  Norfolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number   18-2293-MBB
Search Warrant Case Number   18-2013-MBB/18-2014-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Northwestern Western Polytechnical University    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name   Northwestern Polytechnic University a/k/a Northwest Polytechnic University a/k/a North Polytechnical Univ.

Address   (City & State)  People's Republic of China

Birth date (Yr only): ___  SSN (last4#): ___  Sex ___  Race: ___  Nationality:  PRC

**Defense Counsel if known:** ___    Address ___

**Bar Number** ___

**U.S. Attorney Information:**

AUSA   B. Stephanie Siegmann       Bar Number if applicable   638257

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: ___

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  June 26, 2018       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Northwestern Polytechnical University

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 50 U.S.C. § 1705 | Conspiracy to Violate U.S. Export Laws and Regulations | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____