**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| United States of America ) | |
| ) | CRIM. NO. 18-cr-10205-DJC |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | July 1, 2018 |
| Shuren Qin, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENTED MOTION FOR ADMISSION PRO HAC VICE,**
**ALLOWING HANBIN WANG, A NEW YORK CITY LAWYER TO APPEAR**
**AS CO-DEFENSE COUSEL FOR DEFENDANT SHUREN QIN**

Pursuant to Local Rule 83.5.3, I, YE EDWARD HUANG, one of the attorneys of record for Defendant Shuren Qin, Board of Bar Overseers Number 671519 and a member in good standing of the bar of this Court since May 19, 2009, respectfully move this Court for an order allowing Hanbin Wang, 277 Broadway, Suite 1208, New York, New York, Tel. (212)577-2220, Cell (973)224-4658, email: hanbinwang@hbwlawoffice.com to appear and to practice in this Court as co-defense counsel for Defendant Shuren Qin and certify in lieu of an affidavit under 28 U.S.C. 1746:

1. Hanbin Wang has been retained to represent Shuren Qin as a defense counsel in all proceedings conducted in this case.

2. Hanbin Wang is a member of the bar in good standing in every jurisdictions he has been admitted to practice. I have verified documentation provided by him. For the complete list of jurisdictions, please refer to his signed certification in support of the motion.

3. There are no disciplinary proceedings pending against Hanbin Wang.

4. Hanbin Wang is familiar with the Local Rules of United States District Court for the District of Massachusetts.

5. Pursuant to Local Rule 7.1(a)(2), Hanbin Wang has conferred with the AUSA Stephanie Siegmann by leaving telephone voice mail 617-748-3191 and sending email Stephanie.Siegmann@usdoj.gov as to whether the U.S. Attorney's Office has any issue regarding his application. AUSA Siegmann has consented to the instant motion via email.

6. Hanbin Wang has complied with the fee and CM/ECF registration requirements based on the fact that (1) pursuant to Local Rule 67.4, I will make the $100.00 fee payment on his behalf through the Court's CM/ECF system using Pay.Gov. as the satisfaction of the special admission fee and (2) Mr. Wang will promptly register for CM/ECF filing immediately upon notice of the Court order granting this motion.

Case 1:18-cr-10205-DJC   Document 21   Filed 07/01/18   Page 3 of 4

3

7. I know of no fact which would call into question the integrity or character of Hanbin Wang.

8. Hanbin Wang has also executed the Court required Pro Hac Vice Admission Certification which is attached hereto.

9. I certify under penalty of perjury that the foregoing is true and correct.

WHEREFORE, I respectfully request this Court to enter an order admitting Hanbin Wang to practice specially before this Court for the purpose of acting as a defense counsel for Defendant Qin on or before 11:00 AM July 3, 2018 so that Hanbin Wang can appear in front of the Court in connection with the arraignment and the detention hearing.

DATED: July 1, 2018

          Respectfully submitted,

          /s/ Ye Edward Huang
          Ye Edward Huang (BBO#: 671519)
          LAW OFFICES OF YE E. HUANG
          60 Walnut Street, 4th Floor
          Wellesley, MA 02481
          (781) 922-8888;
          (781) 997-0088
          yehuang@lawyeh.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this July 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the followings:

    B. Stephanie Siegmann
    U.S. Attorney's Office
    Email: Stephanie.Siegmann@usdoj.gov

    Max D. Stern
    Todd & Weld LLP
    Email: mdstern@toddweld.com

    Melinda L. Thompson
    Todd & Weld
    Email: mthompson@toddweld.com

    William P. Joyce
    Joyce and Associates, P.C.
    Email: wjoyce@joyceassociates.com

Dated: July 1, 2018

                                        /s/ Ye Edward Huang
                                        Ye Edward Huang (BBO#: 671519)
                                        LAW OFFICES OF YE E. HUANG
                                        60 Walnut Street, 4th Floor
                                        Wellesley, MA 02481
                                        (781) 922-8888;
                                        (781) 997-0088
                                        yehuang@lawyeh.com