# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Number 1:18-cr-10205-DJC |
| SHUREN QIN<br>    Defendant | ) ) ) ) | |

## DEFENDANT SHUREN QIN'S ASSENTED-TO MOTION
## TO CONTINUE HEARING

With the assent of the government, Defendant Shuren Qin ("Mr. Qin") requests that the hearing on Mr. Qin's pending motions (docket nos. 157, 159, 161) be briefly continued from the afternoon of Monday, April 29, 2019 to the afternoon of Friday, May 3, 2019 or any date thereafter convenient to the Court.

As grounds for this motion, Mr. Qin states that due to changes in defense counsel's travel and medical schedules, a brief continuance of the hearing is necessary to allow counsel time to prepare. Counsel for the parties have conferred and are available to appear before the Court on Friday, May 3, 2019, in the afternoon.

For the foregoing reasons, Mr. Qin respectfully requests that the hearing on the Mr. Qin's pending motions be continued to the afternoon of Friday, May 3, 2019 or any date thereafter convenient to the Court.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that the parties have conferred and the government assents to this Motion.

Respectfully submitted,
SHUREN QIN,
By his attorneys,

*/s/ William H. Kettlewell*
William H. Kettlewell (BBO #270320)
Sara E. Silva (BBO #645293)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
100 High Street, 20th Floor
Boston, MA  02110
(617) 371-1000
bill.kettlewell@hoganlovells.com
sara.silva@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Michael R. Schneider (BBO #446475)
GOOD SCHNEIDER CORMIER & FRIED
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933
ms@gscfboston.com

Dated: April 25, 2019