## Silva, Sara

| | |
|---|---|
| **From:** | Mark G. Spencer <mspencer@ArsenalExperts.com> |
| **Sent:** | Wednesday, February 05, 2020 4:09 PM |
| **To:** | Silva, Sara |
| **Cc:** | Emina Doherty |
| **Subject:** | Re: US v. Qin: Exhibit 10 |

Hi Sara,

We have completed an aggressive search for PGP and EFS encrypted files on your client's laptop… we have found no evidence which would suggest they ever existed. We suspect that the government was confused by what their digital forensics tool(s) (at least FTK) reported to them, and then they pushed bad information up the chain of command.



Thanks,

Mark

> On Feb 4, 2020, at 5:13 PM, Silva, Sara <sara.silva@hoganlovells.com> wrote:
>
> Very interesting – thank you!
>
> ---
>
> **From:** Mark G.Spencer [mailto:mspencer@arsenalexperts.com]
> **Sent:** Tuesday, February 04, 2020 4:45 PM
> **Cc:** Silva, Sara; Emina Doherty
> **Subject:** Re: US v. Qin: Exhibit 10
>
> Hi Sara,
>
> We are still working on this issue, but I'm going to quickly summarize what we know so far… as we've discussed in the past, we already know there are encrypted files on your client's laptop (e.g. Microsoft Office documents) that we would expect to find on any laptop used for business. You asked us recently to find out, with some authority, if there were any files encrypted with

EFS (Encrypted or Encrypting File System based on which Microsoft resources you refer to) or PGP (Pretty Good Privacy) on your client's laptop.

Regarding EFS, we have determined that there was no EFS in use on your client's laptop when it was "detained" nor was there EFS in use within any of the internal backups (Volume Shadow Copies) on the laptop. We have additional reason to believe that EFS was never in use on your client's laptop, but we are still digging into that.

Regarding PGP, we have not found any evidence that PGP tools were ever installed on your client's laptop. We are still digging into whether we can find evidence that any PGP-encrypted files ever existed on your client's laptop, but so far we have found none.

Our ongoing searches and analysis should be completed by sometime tomorrow morning.

While the argument that dealing with encrypted files takes more time than dealing with files that have not been encrypted is one that makes sense generally, it seems that in this case particular importance was put on requesting certain kinds of passwords (EFS and PGP… I suspect the reference to "Keychain" was related to your client's phone, not his laptop) to things that did not actually exist on your client's laptop… and then it seems inferences or allegations have been made that not only was your client was being uncooperative because he did not provide something that did not exist, but the failure to send the things that did not exist impaired the government's ability to complete their investigation within a certain amount of time.

Thanks,

Mark


On Feb 3, 2020, at 8:01 AM, Mark G. Spencer <mspencer@arsenalexperts.com> wrote:

Hi Sara,

We should have some authoritative information for you tonight about both the presence (or, lack thereof) of PGP and EFS encrypted objects on the laptop.

Thanks,

Mark


On Feb 2, 2020, at 3:33 PM, Silva, Sara <sara.silva@hoganlovells.com> wrote:

Hi Mark –

Attached is the letter from the Homeland Security attorney that we discussed.

See you tomorrow!

-Sara

**Sara Silva**
Partner

**Hogan Lovells US LLP**
125 High Street
Suite 2010
Boston, MA 02110
Tel:        +1 617 371 1000
Direct:   +1 617 371 1461
Fax:       +1 617 371 1037
Email:    sara.silva@hoganlovells.com
              www.hoganlovells.com

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

<010.pdf>