# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Number 1:18-cr-10205-DJC |
| ) | |
| SHUREN QIN, et al., ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT OF DEFENDANT SHUREN QIN

Counsel for defendant Shuren Qin ("Mr. Qin") submits this Status Report to update the Court as to the current status of Mr. Qin's wife and children's visit with their family in China.

On January 13, 2021, counsel moved to modify the Court's Order Setting Conditions of Release in order for Mr. Qin's wife Zongyan Han ("Ms. Han") to take temporary custody of her passport and the passports of the couple's two minor children for the purposes of renewing the immigration stamps on all three passports, renewing their son's passport, and allowing Ms. Han and the children to visit their family and friends in China. The Court allowed that motion on January 15, 2021. See Dkt # 303.

On January 21, 2021, Mr. Qin provided his Pretrial Services Officer with an itinerary for his family's trip to China reflecting that Ms. Han and the children were booked to fly from New York City to Shanghai on March 31, 2021 on one-way tickets without a return date. The open-ended return was necessary because of the significant costs and uncertainties attendant with travelling internationally during the COVID-19 global pandemic. For example, Ms. Han learned upon her arrival in China that she and the children would be required to quarantine for a total of 4 weeks in a hotel room before being allowed to see their family. There likely will be similar quarantine requirements placed upon the family prior to their departure for the United States.

Throughout the time that his family has been gone, Mr. Qin has remained at his home in Wellesley on electronic monitoring and in compliance with his release conditions, and his passport has remained in the custody of Pretrial Services.  Mr. Qin has worked closely with counsel during this time, as he has throughout the pendency of this case.  He recently signed a plea agreement with the government, and he is scheduled to appear at the Rule 11 hearing on April 28, 2021.

Pretrial Services and the government are aware that Mr. Qin's wife and children are still in China, and the government is not seeking any additional conditions on Mr. Qin.  Defense counsel will keep Pretrial Services, the government, and the Court apprised of the status of Mr. Qin's family's trip.  Additionally, when Ms. Han has booked the return flight for herself and the children, counsel will submit the itinerary to Pretrial Services and will also return the passports to Pretrial Services upon the family's return to Boston.

Respectfully submitted,

SHUREN QIN,
By his attorneys,

*/s/ William H. Kettlewell*
William H. Kettlewell (BBO #270320)
Sara E. Silva (BBO #645293)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High Street, 20th Floor
Boston, MA  02110
(617) 371-1000
bill.kettlewell@hoganlovells.com
sara.silva@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Michael R. Schneider (BBO #446475)
GOOD SCHNEIDER CORMIER & FRIED
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933
ms@gscfboston.com

Dated: April 20, 2021