United States District Court
for the District of Massachusetts

|  |  |  |
|---|---|---|
| United States | ) ) ) | |
| v. | ) ) | No. 18-cr-10205-DJC |
| Shuren Qin,     Defendant. | ) ) ) ) | |

## Notice of Appeal

The defendant, Shuren Qin, hereby notices his appeal of the judgment in the above-entitled case within the limitations set forth in his plea agreement.

Respectfully submitted,
Shuren Qin
By his attorney:

/s/*Michael R. Schneider*
Michael Schneider
BBO #446475
GOOD SCHNEIDER
CORMIER & FRIED
Attorneys at Law
83 Atlantic Avenue
Boston, MA 02110
617-523-5933
ms@gscfboston.com

### Certificate of Service

I, Michael R. Schneider, hereby certify that this motion has been served on all registered parties by this Court's CM/ECF System.

/s/*Michael R. Schneider*
Michael R. Schneider

Dated: October 13, 2021